# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CONFEDERATED TRIBES OF THE COLVILLE RESERVATION; CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 26-cv-00151-DAT** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

## SECOND JOINT STATUS REPORT

On March 26, 2026, the Court continued this case and ordered the Parties to "file a Joint Status Report by **Tuesday, May 26, 2026** (and every sixty (60) days thereafter) to apprise the Court of the progress of the companion case." (ECF No. 9) The parties filed the first JSR on May 26, 2026. (ECF No. 10)

The referenced companion case in the United States District Court for the Eastern District of Washington (Case No. 2:26-cv-00061) was filed February 3, 2026. In it, the Confederated Tribes of the Chehalis Reservation and the Confederated Tribes of the Colville Reservation ("Tribes") seek declaratory and injunctive relief regarding their eligibility to apply for certain Inflation Reduction Act funding designated by the National Oceanic and Atmospheric Administration ("NOAA") for tribal salmon hatcheries in the Pacific Northwest. The Tribes were not deemed by NOAA to be eligible to apply, although 27 other tribes were. The federal Defendants issued award letters to 20 of those 27 other tribes on March 6, 2026, and the district court denied the Tribes' motions for temporary restraining orders as moot on March 9, 2026 (following a text-only docket order on March 6, 2026). The district court then denied the Tribes'

motion for preliminary injunction as moot on April 27, 2026.

The Tribes have filed an appeal from that order with the Ninth Circuit, docketed as 26-4132. A mediation assessment teleconference is scheduled for July 27, 2026, which may affect the briefing schedule. Because it is very unlikely that the appeal (or the companion case as a whole) will be resolved before the next status report is due in this matter on September 25, 2026, the parties will plan on submitting another joint status report on that date unless otherwise directed by the Court.

July 27, 2026

Respectfully submitted,

/s/ Thomas J. Peckham
THOMAS J. PECKHAM
Nordhaus Law Firm LLC
6739 Academy Rd. NE, Suite 256
Albuquerque, NM 87109
Telephone: (505) 243-4275
Email: tpeckham@nordhauslaw.com

*Attorneys for Plaintiff Tribes*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

ERIC P. BRUSKIN
Assistant Director

/s/ Daniel D. Falknor
DANIEL D. FALKNOR
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0320
E-mail: Daniel.D.Falknor@usdoj.gov

*Attorneys for Defendant*